UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-81169-REINHART

JOSHUA N. FREESE, NICHOLAS A.
WILT, BENJAMIN E. HUSKINS, and
BRYAN CHAPMAN,

    Plaintiffs,

vs.

TREECYCLE LAND CLEARING INC. and
SEAN M. CASEY,

    Defendants.
_____/

## VERDICT FORM

**Do you find by a preponderance of the evidence:**

1. That Defendants failed to pay Joshua N. Freese the overtime pay required by law?

    Answer Yes or No     __No__

**Only if your answer to Question 1 is "yes," answer Questions 1(a) and 1(b).**

1(a). Did the Defendants act willfully when they failed to pay the required overtime to Mr. Freese?

    Answer Yes or No     _____

1(b). In what amount for overtime wages? $_____

1

**Please go to the next question.**

2. That Defendants failed to pay Nicholas Wilt the overtime wages required by law?

Answer Yes or No         __No__

**Only if your answer to Question 2 is "yes," answer Questions 2(a) and 2(b).**

2(a). Did the Defendants act willfully when they failed to pay the required overtime to Mr. Wilt?

Answer Yes or No         _____

2(b). In what amount for overtime wages?  $_____


**Please go to the next question.**

3. That Defendants failed to pay Benjamin Huskins the overtime wages required by law?

Answer Yes or No         __No__

**Only if your answer to Question 3 is "yes," answer Questions 3(a) and 3(b).**

3(a). Did the Defendants act willfully when they failed to pay the required overtime to Mr. Huskins?

Answer Yes or No         _____

3(b).   In what amount for overtime wages?  $_____

**Please go to the next question.**

4.   That Defendants failed to pay Bryan Chapman the overtime wages required by law?

Answer Yes or No      **No**

**Only if your answer to Question 4 is "yes," answer Questions 4(a) and 4(b).**

4(a).   Did the Defendants act willfully when they failed to pay the required overtime to Mr. Chapman?

Answer Yes or No      _____

4(b).   In what amount for overtime wages?  $_____

So Say We All.

_____
Foreperson's Signature

Date:  April __24__, 2019.

3