UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-81169-REINHART

JOSHUA N. FREESE, NICHOLAS A. WILT, BENJAMIN E. HUSKINS, and BRYAN CHAPMAN,

    Plaintiffs,

vs.

TREECYCLE LAND CLEARING INC. and SEAN M. CASEY,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the jury trial which concluded on April 24, 2019. In accordance with the verdict herein, it is hereby ORDERED AND ADJUDGED:

That Final Judgment be and hereby is entered in favor of the Defendants, TREECYCLE LAND CLEARING INC. and SEAN M. CASEY.

The Court retains jurisdiction to consider all post trial motions.

The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in this 25th day of April, 2019, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE